J. A16027/17

2018 PA Super 203

IN RE:  G.M.S., A MINOR : IN THE SUPERIOR COURT OF
: PENNSYLVANIA
:
APPEAL OF:  L.N.C., NATURAL MOTHER : No. 299 WDA 2017

Appeal from the Order, January 30, 2017,
in the Court of Common Pleas of Allegheny County
Orphans' Court Division at No. CP-02-AP-0000173-2016

IN RE:  B.D.C., A MINOR : IN THE SUPERIOR COURT OF
: PENNSYLVANIA
:
APPEAL OF:  L.N.C., NATURAL MOTHER : No. 300 WDA 2017

Appeal from the Order Dated January 30, 2017,
in the Court of Common Pleas of Allegheny County
Orphans' Court Division at No. CP-02-AP-0000174-2016

IN RE:  L.A.C., A MINOR : IN THE SUPERIOR COURT OF
: PENNSYLVANIA
:
APPEAL OF:  L.N.C., NATURAL MOTHER : No. 301 WDA 2017

Appeal from the Order, January 30, 2017,
in the Court of Common Pleas of Allegheny County
Orphans' Court Division at No. CP-02-AP-0000175-2016

BEFORE:  STABILE, J., FORD ELLIOTT, P.J.E., AND STRASSBURGER, J.*

CONCURRING STATEMENT BY FORD ELLIOTT, P.J.E.: FILED: July 11, 2018

I join in the Majority Opinion except as to footnote 6.

_____

* Retired Senior Judge assigned to the Superior Court.

Judge Stabile joins the concurring statement.